Opinion issued February 23, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00533-CR

———————————

CHRISTOPHER
ROBIN ONTIVEROS, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 185th District Court 

Harris County, Texas



Trial Court Cause No. 1180898



 

MEMORANDUM
OPINION

Appellant,
Christopher Robin Ontiveros, has filed a motion to
dismiss the appeal.   The motion complies
with Texas Rule of Appellate Procedure 42.2(a). 
See Tex. R. App. P.
42.2(a).  We have
not issued a decision in the appeal.

Accordingly,
we dismiss the appeal.  See Tex.
R. App. P. 43.2(f).
 We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of
the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Massengale, and
Huddle.

Do not publish. 
 Tex. R. App. P. 47.2(b).